**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division**

Mona Malhotra

                Plaintiff,

v.                                         Case No.: 1:24–cv–06786
                                         Honorable Steven C. Seeger

Bhavana Atti Janakiram

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 3, 2024:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's request for documents (Dckt. No. [52]) is hereby denied without prejudice. By the look of things, Judge Kiel in the District of New Jersey denied Defendant Janakiram's motion to dismiss without prejudice, so that the motion to dismiss in this case and in the related case against CVS could potentially be decided by the same judge. The parties must file a status report by September 13, 2023 about whether they seek reassignment before Judge Valderrama. If so, then the Court will await Judge Valderrama's decision. If not, then this Court will set a schedule for the refiling of the motion to dismiss. In the meantime, discovery is premature, so the motion is denied. That said, the Court directs the parties to meet and confer about settlement, and provide an update in their joint status report dated September 13, 2024. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.